**FILED VIA MAIL**
**FEB 24 2015**
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

**LANG LAW OFFICE, P.A.**
ATTORNEYS AT LAW
17800 EXCELSIOR BLVD
MINNETONKA, MN 55345

WWW.LANGLAWOFFICE.COM

TELEPHONE 952-470-6361
FAX 952-470-1989

GREGORY A. LANG
greg@langlawoffice.com

February 20, 2015

OUR FILE NO.
71880

Lee Ann Bennett, Clerk of Court
George C. Young Federal Courthouse
400 West Washington St #5100
Orlando, FL 32801

> Re: debtor: Theresa Ann Talbert
> Case no. 6:13-bk-14068-CCJ

Dear Clerk:

I represent creditor William Hottel. Mr. Hottel withdraws his claim in the amount of $60,000. He withdraws this claim to expedite payment of his other claim for $24,000. Mr. Hottel does not withdraw and does re-assert his claim for $24,000. Thank you.

Sincerely,
LANG LAW OFFICE, P.A.

Gregory A. Lang

GAL/cor
C:    William Hottel
72110bkoa